# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154898(57)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

WILLIAM MICHAEL KASBEN,
            Defendant-Appellant.

SC: 154898
COA: 333917
Leelanau CC: 15-001879-FC;
                        15-001880-FC

_____/

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on January 30, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2017



Clerk